**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JOHN DAY,**
**ROBERT AYLWORTH, and**
**PAMELA AYLWORTH,**

    **Plaintiffs,**

v.                                                                      No. 22-cv-0163 CG/SMV

**FCA US LLC,**

    **Defendant.**

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time:**       March 31, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **March 31, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
